Dismissed and Opinion filed November 3, 2005









Dismissed and Opinion filed November 3, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00479-CV

____________

 

LUELLA FRANCIS RAITANO, Appellant

 

V.

 

MICHAEL RAITANO, Appellee

 



 

On
Appeal from the 308th District Court

Harris
County, Texas

Trial
Court Cause No. 03-53120

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed February 1, 2005.

On October 6, 2005, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for failing to comply with
this court=s order of September 29, 2005, which
ordered appellant to either agree with appellee on a mediator or to submit the
names of two acceptable mediators, together with addresses, telephone and fax
numbers as required in the original order, within 10 days of the date of the
order.  See Tex. R. App. P. 42.3(c).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed November 3, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore. 

Do Not Publish.